**Walter Hayward COPPAGE,
Petitioner–Appellant,**

v.

**David MITCHELL, Respondent–
Appellee.**

**No. 01–7599.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Walter Hayward Coppage, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Walter Hayward Coppage seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *See Coppage v. Mitchell*, No. CA–01–358–3–1MU (W.D.N.C. filed Aug. 30, 2001; entered Sept. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*